| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2. POWER OF ATTORNEY (POA #1) | ATTORNEY IN FACT |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALA CLE | OCTOBER 2 - 4, 2009 | SANDESTIN, FL | CLE (TEACH) | TRANSPORTATION, FOOD, HOTEL |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CASH WELLS FARGO BANK | A | Interest | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. ABBOT LABS | A | Dividend | | | Buy | 03/18/09 | J | | |
| 4. | | | | | Sold | 07/15/09 | J | A | |
| 5. ABB LTD SPON ADR | A | Dividend | | | Sold (part) | 02/27/09 | J | A | |
| 6. | | | | | Sold | 09/01/09 | J | A | |
| 7. AGRIUM INC (CANADA) | A | Dividend | K | T | Buy | 05/05/09 | J | | |
| 8. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 9. AMER TOWER CORP CL A | | None | K | T | Buy | 06/24/09 | J | | |
| 10. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 11. APACHE CORP | A | Dividend | K | T | Buy | 09/09/09 | K | | |
| 12. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 13. APPLE INC | | None | K | T | Buy | 10/05/09 | J | | |
| 14. | | | | | Buy (add'l) | 10/27/09 | J | | |
| 15. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 16. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 17. APPOLLO GROUP | | None | | | Buy | 09/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 10/28/09 | J | A | |
| 19. BAXTER INTL, INC DE | A | Dividend | | | Sold (part) | 02/27/09 | J | A | |
| 20. | | | | | Sold | 08/12/09 | J | A | |
| 21. BERKSHIRE HATHAWAY | | None | | | Sold | 04/27/09 | J | A | |
| 22. BG GROUP PLC SPON ADR | A | Dividend | K | T | Buy (add'l) | 07/10/09 | J | | |
| 23. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 24. BLACKROCK INC DE | A | Dividend | K | T | Sold (part) | 02/27/09 | J | A | |
| 25. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 26. CAMERON INTL CORP | | None | | | Sold | 02/27/09 | J | A | |
| 27. CG ROBINSON WORLDWIDEIN NEW | | None | | | Buy | 09/16/09 | J | | |
| 28. | | | | | Sold | 11/10/09 | J | A | |
| 29. CENOVUS ENERGY, INC | A | Dividend | | | Buy | 08/07/09 | J | | |
| 30. | | | | | Sold | 12/21/09 | J | A | |
| 31. CERNER CORP | | None | K | T | Buy | 06/24/09 | J | | |
| 32. | | | | | Buy (add'l) | 09/04/09 | J | | |
| 33. COGNIZANT TECH SOLUTIONS CRP | | None | K | T | Buy | 11/17/09 | J | | |
| 34. | | | | | Buy (add'l) | 12/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CVS CAREMARK CORP DE | A | Dividend | | | Sold | 04/24/09 | J | A | |
| 36. ENCANA CORP | A | Dividend | K | T | Buy | 08/07/09 | J | | |
| 37. | | | | | Buy (add'l) | 12/21/09 | J | | |
| 38. EXPRESS SCRIPTS INC | | None | K | T | Buy | 04/24/09 | J | | |
| 39. | | | | | Buy (add'l) | 09/04/09 | J | | |
| 40. FMC TECHNOLOGIES INC | | None | K | T | Buy | 04/13/09 | J | | |
| 41. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 42. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 43. GENL ELECTRIC CO | A | Dividend | | | Buy | 01/23/09 | J | | |
| 44. | | | | | Sold | 04/13/09 | J | A | |
| 45. GILEAD SCIENCES INC | | None | K | T | Sold (part) | 02/27/09 | K | D | |
| 46. | | | | | Buy (add'l) | 08/07/09 | J | | |
| 47. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 48. ISHARES LEMAN SHORT TREAS | A | Dividend | | | Sold | 09/01/09 | L | A | |
| 49. SPDR KBW BANK ETF DE | A | Dividend | | | Sold (part) | 02/27/09 | J | A | |
| 50. | | | | | Sold | 12/28/09 | K | A | |
| 51. MCDONALDS CORP | A | Dividend | K | T | Buy | 09/09/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy (add'l) | 11/10/09 | J | | |
| 53. | | | | | | Buy (add'l) | 12/24/09 | J | | |
| 54. | MONSANTO CO NEW | A | Dividend | | | Buy | 01/12/09 | K | | |
| 55. | | | | | | Sold | 10/29/09 | K | A | |
| 56. | MCDERMOTT INTL INC | | None | | | Sold | 08/26/09 | J | A | |
| 57. | NOBLE CORP | A | Dividend | K | T | Buy | 05/28/09 | K | | |
| 58. | POTASH CORP SASK INC CANADA | A | Dividend | | | Sold | 05/05/09 | J | A | |
| 59. | PROSHARES TRUST PROSHARES ULTRASHORT S&P 500 | | None | | | Buy (add'l) | 04/02/09 | J | | |
| 60. | | | | | | Buy (add'l) | 04/09/09 | J | | |
| 61. | | | | | | Buy (add'l) | 04/16/09 | J | | |
| 62. | | | | | | Buy (add'l) | 04/29/09 | J | | |
| 63. | | | | | | Buy (add'l) | 05/07/09 | K | | |
| 64. | | | | | | Sold (part) | 06/11/09 | J | A | |
| 65. | | | | | | Sold (part) | 07/20/09 | J | A | |
| 66. | | | | | | Sold (part) | 07/24/09 | J | A | |
| 67. | | | | | | Sold | 07/27/09 | K | A | |
| 68. | PROSHARES TRUST PROSHARES ULTRASHORT LEHMAN 20+ YEAR TREAS | | None | | | Buy | 01/12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/22/09 | J | | |
| 70. | | | | | Buy (add'l) | 03/18/09 | K | | |
| 71. | | | | | Sold (part) | 07/20/09 | J | A | |
| 72. | | | | | Sold | 07/27/09 | K | D | |
| 73. QUEST DIAGNOSTICS INC | A | Dividend | K | T | Buy | 05/29/09 | K | | |
| 74. RESEARCH IN MOTION LTD | | None | | | Sold (part) | 02/27/09 | J | A | |
| 75. | | | | | Buy (add'l) | 06/19/09 | J | | |
| 76. | | | | | Buy (add'l) | 09/04/09 | J | | |
| 77. | | | | | Sold (part) | 09/25/09 | J | A | |
| 78. | | | | | Sold | 09/28/09 | J | A | |
| 79. SPDR BARCLAYS CAPITAL TIPS | A | Dividend | | | Buy | 06/12/09 | K | | |
| 80. | | | | | Sold (part) | 09/24/09 | K | A | |
| 81. | | | | | Sold | 11/12/09 | J | A | |
| 82. SLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | | | Sold (part) | 02/27/09 | J | A | |
| 83. | | | | | Sold | 04/13/09 | J | A | |
| 84. DANAHER CORP COMMON | A | Dividend | | | Sold | 09/08/09 | J | A | |
| 85. SYNGENTA AG SPON ADR COM | | None | | | Sold | 01/12/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SYNGENTA AG SPON ADR COM | | None | K | T | Buy | 10/30/09 | K | | |
| 87. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 88. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 89. TEVA PHARMACEUTICALS IND LTD ISREAL ADR | A | Dividend | K | T | Buy | 08/12/09 | K | | |
| 90. | | | | | Buy (add'l) | 09/04/09 | J | | |
| 91. THERMO FISCHER SCIENTIFIC INC | | None | | | Sold | 05/29/09 | K | A | |
| 92. TRANSOCEAN INC ORD | | None | | | Sold (part) | 02/27/09 | J | A | |
| 93. | | | | | Sold | 05/28/09 | J | A | |
| 94. UNION PACIFIC CORP | A | Dividend | K | T | Buy | 01/13/09 | K | | |
| 95. VISA INC CL A | A | Dividend | K | T | Buy | 08/07/09 | K | | |
| 96. | | | | | Buy (add'l) | 09/04/09 | J | | |
| 97. XTO ENERGY INC | A | Dividend | | | Sold (part) | 02/27/09 | J | A | |
| 98. | | | | | Sold | 09/09/09 | J | A | |
| 99. JOHN HANCOCK CLASSIC VALUE FUND | A | Dividend | K | T | Sold (part) | 01/23/09 | J | A | |
| 100. | | | | | Sold (part) | 04/23/09 | J | A | |
| 101. | | | | | Sold (part) | 07/24/09 | J | A | |
| 102. | | | | | Sold (part) | 10/23/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. FIRST EAGLE OVERSEAS FUND CLASS | A | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 104. CASH UBS BROKERAGE ACCOUNT (X) | A | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 105. UBS LIQUID ASSETS FUND (X) | A | Interest | L | T | | | | | See Section VIII Addtl Inf |
| 106. UBS BANK USA DEPOSIT ACCOUNT (X) | A | Interest | J | T | | | | | See Section VIII Addtl Inf |
| 107. UBS RMA MONEY MKT. PORTFOLIO (X) | A | Interest | J | T | | | | | See Section VIII Addtl Inf |
| 108. LORD ABBETT MIDCAP FUND CLASS C | A | Dividend | K | T | | | | | |
| 109. THORNBERG INTERNATIONAL VALUE FUND CL A | A | Dividend | K | T | | | | | |
| 110. FIRST TRUST ISE-REV NAT GAS | A | Dividend | J | T | Buy | 08/26/09 | J | | |
| 111. ISHARES TRUS DOW JONES TECH SECTOR INDEX FUND | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 112. ISHARES INC MSCI SWITZ INDEX FD | A | Dividend | K | T | Buy | 01/08/09 | J | | |
| 113. | | | | | Sold<br>(part) | 02/27/09 | J | A | |
| 114. | | | | | Buy<br>(add'l) | 08/07/09 | J | | |
| 115. | | | | | Buy<br>(add'l) | 08/25/09 | J | | |
| 116. ISHARES INC MSCI SINGAPORE FREE INDEX FD | A | Dividend | K | T | Sold<br>(part) | 02/27/09 | J | A | |
| 117. | | | | | Buy<br>(add'l) | 08/25/09 | J | | |
| 118. ISHARES TRUST DJ U.S BASIC MATERIALS SECTR INDEX FD | A | Dividend | J | T | Sold<br>(part) | 02/27/09 | J | A | |
| 119. ISHARES S&P 100 INDEX FUND | A | Dividend | K | T | Buy | 01/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 01/22/09 | J | | |
| 121. | | | | | Sold<br>(part) | 02/27/09 | J | A | |
| 122. | | | | | Buy<br>(add'l) | 06/01/09 | J | | |
| 123. | | | | | Buy<br>(add'l) | 08/07/09 | J | | |
| 124. | | | | | Buy<br>(add'l) | 08/25/09 | J | | |
| 125. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | Sold<br>(part) | 02/27/09 | J | A | |
| 126. ISHARES MCSI EMERGING MARKETS INDEX FUND | A | Dividend | J | T | Sold<br>(part) | 02/27/09 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 08/07/09 | J | | |
| 128. ISHARES DJ SELECT DIVIDEND INDEX | A | Dividend | | | Buy | 01/08/09 | J | | |
| 129. | | | | | Sold<br>(part) | 02/27/09 | J | | |
| 130. | | | | | Buy<br>(add'l) | 08/07/09 | J | | |
| 131. | | | | | Buy<br>(add'l) | 08/25/09 | J | | |
| 132. | | | | | Sold | 11/12/09 | K | A | |
| 133. ISHARES DOW JONES US PHARM INDEX FUND | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 134. MARKET VECTORS AGRIBUSINESS ETF | A | Dividend | K | T | Buy | 06/19/09 | J | | See Section VIII Addtl Inf |
| 135. POWERSHARES DYN OIL & GAS SV | A | Dividend | K | T | Sold<br>(part) | 02/27/09 | J | A | |
| 136. | | | | | Buy<br>(add'l) | 08/07/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/25/09 | J | | |
| 138. RYDEX ETF TRUST S&P 500 EQUAL WGHTD INDEX FD INC | A | Dividend | K | T | Buy | 08/07/09 | J | | |
| 139. | | | | | Buy (add'l) | 08/25/09 | J | | |
| 140. SPDR S&P CHINA ETF | A | Dividend | J | T | Buy | 09/08/09 | J | | |
| 141. SPDR S&P EMERGING LATIN AMER ETF | A | Dividend | K | T | Sold (part) | 02/27/09 | K | A | |
| 142. | | | | | Buy (add'l) | 08/25/09 | J | | |
| 143. | | | | | Buy (add'l) | 09/24/09 | J | | |
| 144. SPDR GOLD TRUST | | None | K | T | Buy | 03/27/09 | J | | |
| 145. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 146. | | | | | Buy (add'l) | 04/20/09 | J | | |
| 147. | | | | | Buy (add'l) | 06/24/09 | J | | |
| 148. | | | | | Buy (add'l) | 09/08/09 | J | | |
| 149. POWERSHARES D8 MULTI SECTOR COMMODITY TR DB AGRICULTURE FUND | | None | | | Sold (part) | 02/27/09 | J | A | |
| 150. | | | | | Buy (add'l) | 05/27/09 | J | | |
| 151. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 152. | | | | | Sold | 06/19/09 | J | A | |
| 153. UNITED STATES NATURAL GAS | | None | | | Buy | 05/27/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 155. | | | | | Sold | 08/26/09 | J | A | |
| 156. ISREAL DISC BK NY US RATE 2.85% MAT 3/10/09 | A | Interest | | | Matured | 03/10/09 | K | A | |
| 157. BANK OF CHINA NY US RATE 3.05% MAT 3/10/09 | A | Interest | | | Matured | 03/10/09 | L | A | |
| 158. US TSY INFL PRT NOTE 02.000% DUE 7/15/14 | C | Interest | L | T | Buy | 06/17/09 | L | | |
| 159. | | | | | Sold (part) | 11/30/09 | J | A | |
| 160. POA #1 | | | | | | | | | |
| 161. CASH - WELLS FARGO BANK (X) | C | Interest | L | T | | | | | See Section VIII Addtl Inf |
| 162. CASH - LEGACY FEDERAL CREDIT UNION (X) | B | Interest | N | T | | | | | See Section VIII Addtl Inf |
| 163. CASH - WELLS FARGO BROKERAGE ACCT (X) | | None | L | T | | | | | See Section VIII Addtl Inf |
| 164. WESTERN ASSET MONEY MARKET FUND CLASS A (X) | A | Interest | | | Closed | 07/30/09 | J | A | See Section VIII Addtl Inf |
| 165. CITIBANK NA BANK DEPOSIT PROGRAM (X) | A | Interest | | | Closed | 07/30/09 | J | A | See Section VIII Addtl Inf |
| 166. CITICORP TRUST BANK, FSB (X) | A | Interest | | | Closed | 07/30/09 | J | A | See Section VIII Addtl Inf |
| 167. AT&T INC (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 168. HARTFORD FINL SVCS GROUP INC (X) | B | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 169. ITT CORP (X) | C | Dividend | M | T | Sold (part) | 09/11/09 | K | E | See Section VIII Addtl inf |
| 170. PEPSICO INCORPORATED (X) | B | Dividend | K | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PFIZER INCORPORATED (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 172. AMERICAN GENERAL FINANCE INCOME NOTES SEMI AN CPN 4.875% (X) | B | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 173. GENERAL ELEC CAP CORP INTERNOTES SEMI ANNUAL CPN 4.00% (X) | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 174. ALABAMA ST PORT AUTH BONDS 5.00% DUE 10/1/12 (X) | A | Interest | K | T | Buy | 07/24/09 | K | | See Section VIII Addtl Inf |
| 175. KEY BANK NATL ASSN CD DUE 10/24/11 (X) | B | Interest | M | T | Buy | 04/15/09 | L | | See Section VIII Addtl Inf |
| 176. DISCOVER BK CD DUE 10/22/13 (X) | B | Interest | M | T | Buy | 04/16/09 | L | | See Section VIII Addtl Inf |
| 177. MIDFIRST BANK CD DUE 4/28/24 (X) | C | Interest | L | T | Buy | 04/15/09 | L | | See Section VIII Addtl Inf |
| 178. AMTRUST BANK - OH CD MATUR 3/20/09 (X) | B | Interest | | | Matured | 03/20/09 | M | | See Section VIII Addtl Inf |
| 179. EVERGREEN STRATEGIC MUNI BOND FUND CL C (X) | A | Dividend | M | T | Buy | 10/21/09 | L | | See Section VIII Addtl Inf |
| 180. SOUTHERN COMPANY (X) | A | Dividend | | | Sold | 05/18/09 | K | E | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION 1, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINE 1 - CASH WELLS FARGO REPRESENTS BALANCES OF THE SAME CASH ACCOUNTS SHOWN LAST YEAR AS "CASH WACHOVIA BANK". WACHOVIA BANK WAS ACQUIRED BY WELLS FARGO BANK DURING 2009 SO THE CHANGE IS ONLY DUE TO A CHANGE IN THE NAME OF THE ACCOUNT NOT IN THE UNDERLYING ASSETS.

SECTION VII, LINE 103 - FIRST EAGLE OVERSEAS FUND CLASS INCREASED IN VALUE FROM "K" TO "L" DUE ONLY TO UNREALIZED INCREASES IN VALUE OF THE INVESTMENT AND REINVESTMENT OF DIVIDENDS. THERE WERE NO PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

SECTION VII, LINE 104 - 107 - THESE MONEY MARKET AND CASH ACCOUNTS HELD WITH THE SAME BROKERAGE WERE LUMPED TOGETHER ON THE 2008 ANNUAL REPORT AND LABELED AS "UBS MONEY MARKET". THESE ARE SPLIT OUT ON THE 2009 REPORT AND LABELED WITH THE CORRECT NAMES OF THE INDIVIDUAL CASH AND MONEY MARKET ACCOUNTS IN ACCORDANCE WITH THE RULES ON CLARIFICATION OF REPORTING OF CASH AND MONEY MARKET ACCOUNTS. THESE ACCOUNTS ARE USED TO STORE FUNDS FROM PROCEEDS OF SALES OF INVESTMENTS AWAITING NEW INVESTMENT PURCHASES.

SECTION VII, LINE 134 - MARKET VECTORS AGRIBUSINESS ETF INCREASED IN VALUE FROM "J" TO "K" DUE ONLY TO UNREALIZED INCREASES IN THE VALUE OF THE INVESTMENT. THERE WERE NO FURTHER PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

SECTION VII, LINES 161 - 180 - THESE ASSETS ARE REPORTED UNDER THE POWER OF ATTORNEY LABELED POA #1 AS DESCRIBED IN PART I, POSITIONS. THE POWER OF ATTORNEY WAS EXERCISED DURING 2009 TRIGGERING THE REQUIREMENT TO REPORT THESE ASSETS.

SECTION VII, LINE 175 - KEY BANK NATL ASSN CD DUE 10/24/11, THIS ASSET INCREASED IN VALUE FROM CATEGORY "L" TO "M" DUE ONLY TO REINVESTMENT OF EARNED INTEREST. THERE ARE NO FURTHER PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

SECTION VII, LINE 176 - DISCOVER BK CD DUE 10/22/13, THIS ASSET INCREASED IN VALUE FROM CATEGORY "L" TO "M" DUE ONLY TO REINVESTMENT OF EARNED INTEREST. THERE ARE NO FURTHER PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

SECTION VII, LINE 179 - EVERGREEN STRATEGIC MUNI BOND FUND CL C, THIS ASSET INCREASED IN VANUE FROM CATEGORY "L" TO "M" DUE ONLY TO UNREALIZED INCREASES IN THE VALUE OF THIS INVESTMENT AND REINVESTMENT OF DIVIDENDS. THERE ARE NO FURTHER PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544